UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| BETH NOVINGER, | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 5:15-CV-00197-LJA |
| FLASH FOODS, INC., | ) | |
|     Defendant. | ) | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The undersigned counsel for all parties hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a), and all other applicable law, the above-styled action is hereby dismissed without prejudice, each party to bear his or her own costs.

Respectfully submitted this October 5, 2015.

_____
Walter J. Kruger III
Georgia Bar No. 429926
*wkruger@laborlawyers.com*
Fisher & Phillips LLP
1075 Peachtree Street NE, Suite 3500
Atlanta, Georgia  30309
404-240-4233
Fax 404-240-4249

**For Defendant**

_____
J. Allen Schreiber
AL Bar: ASB-2540-r76j
*aschreiber@brukeharvey.com*
Robert E. Norton
AL Bar: ASB-6568-e89n
*rnorton@burkeharvey.com*
Wm. Todd Harvey, Ga. Bar. 335553
*tharvey@burkeharvey.com*
3535 Grandview Pkwy, Ste 100
Birmingham, Alabama 35243
205-930-9091, fax 205-930-9054

**For Plaintiff**